JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARY ELAINE PERKINS,

              Petitioner,

    v.

UNITED STATES OF AMERICA,

              Respondent.

No.   CV 15-6673 PA
       SACR 10-91 PA

JUDGMENT

      Pursuant to this Court's Order Dismissing Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241,

      IT IS ADJUDGED that the § 2241 Petition is dismissed without prejudice for lack of jurisdiction and referred to the Ninth Circuit pursuant to Ninth Circuit Rule 22-3 as a successive § 2255 motion.

      DATED:  November 6, 2015

                                  _____
                                    Percy Anderson
                         UNITED STATES DISTRICT JUDGE